**FILED**
Statesville, NC

JUL 22 2025

Clerk, US District Court
Western District of NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION

Michael Starnes

Plantiff,

vs.

Alec Blackwood

Connor Greene

Phillip Wagner

Defendant(s).

COMPLAINT

Case No. 5:25-cv-111-KDB

## A. JURISDICTION

Jurisdiction is proper in this court according to:

X___ 42 U.S.C.§1983

___ 42 U.S.C. §1985

___ Other (Please specify)_____

## B. PARTIES

1. Name of Plaintiff: Michael Starnes
   Address: 5409 BJ Drive
   Conover, N.C. 28613

2. Name of Defendant: Alec Blackwood
   Address: 4119 Library Lane
   Conover, N.C. 28613

   Is employed as Sheriff Deputy at Catawba County Sheriff's Office
   (Position/Title)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES__X__ NO_____, if "YES" briefly explain:

Officer Blackwood was on duty and exercising the authority given to him by Catawba County Sheriff's Office.

3. Name of Defendant: Connor Greene
   Address:          2741 Mauldin Road
                     Vale N.C.  28168

Is employed as _____ at _____
                  (Position/Title)                (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES__X__ NO_____, if "YES" briefly explain:

Officer Greene was on duty and exercising the authority given to him by Catawba County Sheriff's Office.

4. Name of Defendant: Phillip Wagner
   Address:          1225 County Home Dairy Road
                     Conover, N.C. 28613

Is employed as Sheriff Deputy _____ at Catawba County Sheriff's Office
                  (Position/Title)                (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES__X__ NO_____, if "YES" briefly explain:

Officer Wagner was on duty and exercising the authority given to him by Catawba County Sheriff's Office.

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

On April 3 2024 Catawba County Sheriff's Deputies Alec Blackwood and Connor Greene did violate my United States

Constitution Fourth and Fourteenth Amendment rights by depriving me of equal treatment under the law and using

excessive force against me.                                    See additional sheet.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary you may attach additional pages)

a.  (1)  Count 1: __See additional pages.__
    (2)  Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.)

_____

_____

_____

b.  (1)  Count 2: __See additional pages.__
    (2)  Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.)

_____

_____

_____

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Two broken ribs. Bruised and swollen ribs. Abrasions to left temporal and cheek. Laceration to inner lower lip. Severe back pain. Busted blood vessels in left eye. Change in voice. Swollen and bruised trachea. Difficulty walking, swallowing, and lying on back and side. Increased anxiety, blood pressure and depression. Confusion. Emotional distress. Recurring nightmares. Sudden recurring severe headaches. Capiophobia.

Cognitive impairment. Psychological and mental anguish. Reduced functioning. Loss of appetite. Difficulty maintaining relationships. Loss of wages and finances. Loss of quality of life. Loss of liberty and hope to live as an equal citizen.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?        YES _____        NO __X__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
                                                        Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____    NO __X__

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_No administrative relief available_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

$30,000.00 for physical injuries.

$20,000.00 for pain and suffering.

JURY TRIAL REQUESTED    YES <u> X </u>   NO <u>    </u>

Signed at <u>Statesville , N.C.</u> on <u>July 22 2025</u>
                  (Location)                   (Date)

Signature

*Address:*    5409 BJ Drive
             Conover, N.C. 28613

*Phone:*    828-455-8455
*E-Mail:*    oakridgetreeland@gmail.com

Count 1:

Catawba County Sheriff's Deputy Alec Blackwood did express a guilt and confirmation bias towards me that did lead to his discriminatory behavior that did deprive me of my right to equal protection of the law.

On April 3 2024 at approximately 8:00 a.m. David Roberts did brandish and threaten me with a deadly weapon for the second time in two years. David Roberts lives in my neighborhood and has been harassing me for several years in an attempt to intimidate and cause me to leave the neighborhood. On four different occasions I've had to call for the assistance of law enforcement to address Roberts harassing and intimidating behavior. Immediately following the commission of Roberts crime on the morning of April 3 2024 I did call Catawba County Sheriff's Office for deputy assistance. At approximately 8:15 a.m. Catawba County Sheriff Deputy Alec Blackwood arrived at my residence.

I gave a detailed account of what happened to Officer Blackwood and even gave a description of the gun Roberts pointed at me. I also informed Officer Blackwood of Roberts pattern of harassment, threats and intimidation. When I finished informing Officer Blackwood of the crimes committed against me by Roberts he became dismissive of my report and notified me I would need to seek assistance from the magistrate's office.

Once Officer Blackwood notified me he could not assist me he then redirected his focus toward me and became more interested in who I am, my criminal background and jail history. As Officer Blackwood explored who I was the topic of my work equipment came up and he asked "is any of it stolen?". Officer Blackwood spent more time expressing his interest in me than he did my allegations of being victimized. After Officer Blackwood was finished speaking with me he left and I went inside my home and went to bed.

There was no probable cause, reasoning or justification for Officer Blackwood to begin questioning me about my property and treating me like a suspect at a time when I called for and was in need of police assistance. I was not nor am I now under suspicion or investigation for any crimes and despite having a criminal background I have not been implicated in or convicted of a crime in over twenty years.

Officer Blackwood overlooking the fact that I was the victim of someone else's crime and then suspecting me of possessing stolen property for no legitimate reason is a clear and undeniable manifestation of Officer Blackwood's confirmation and guilt bias toward me.

I have requested body worn recordings for my interaction with Officer

Blackwood that morning but it was not given to me. However, I was given the body worn recordings of Catawba County Sheriff's Deputies Officer Blackwood and Officer Greene from the times of 12:03 p.m. until 1:03 p.m. on April 3 2024.

The body worn recordings of Officer Blackwood and Greene show that on April 3 2024 at 12:03 p.m. they did arrive at the residence of David Roberts and begin speaking with him. Body worn recordings show Roberts admitting to threatening me with a deadly weapon in a previous incident and also show him implying several threats against me. Officer Blackwood remained indifferent to Roberts admission of guilt to the pattern of harassing and threatening behavior I earlier alleged. Officer Blackwood continued to focus on me as a suspect and even made the following verbal interpretations that imply me as the guilty party;
A): "nobody needs to get hurt over him being petty."
B): "one day he's going to push too far and he's going to get hurt."
C): "I don't know what his issues are."
D): "hopefully he can keep the peace and you won't have anymore issues out of him."
E): "bring some light to him make him not want to go back to prison."

Officer Blackwood's statements clearly incite the assumption that I am the guilty party. Not only do Officer Blackwood's statements reflect me as the offender while suppressing the guilt of Roberts but they also incited violence against me when he stated "one day he's going to push too far and he's going to get hurt.".

Despite Roberts obvious implications of threats against me Officer Blackwood without good reason did inform Roberts I was without right to bear arms for the protection of my life and family. Officer Blackwood did also fabricate and make a false statement about me when he stated to Roberts "he's still on post release parole still.". Officer Blackwood's statement was hurtful and unfairly impactful as it falsely portrayed me as someone recently released from prison who must only be allowed in society under close scrutiny and strict conditions regulated by the authorities and the community.

Officer Blackwood's confirmation and guilt bias toward me led to him inciting violence against me, making false statements about me, and dismissing Roberts guilt while continuing to focus on me as a suspect when I was the victim of a crime. Officer Blackwood's actions did discriminate against me and deprive me of right to equal and fair treatment under the law which is a violation of my United States Constitution Fourteenth Amendment rights and protections.

As a result of Officer Blackwood discriminating against me and not treating me equal David Roberts has been emboldened and encouraged that his cause of scrutinizing and harassing me in an attempt to run me out of my neighborhood is just and right. Roberts has increased his harassing and intimidating behavior while I feel without the right and privilege to seek assistance from law enforcement.

# Count 2:

Catawba County Sheriff's Deputy Alec Blackwood did use excessive and deadly force against me and deprived me of my right to be protected from unreasonable seizure.

Catawba County Sheriff's Deputy Connor Greene did fail to intervene and stop Officer Blackwood from using excessive and deadly force against me which did deprive me of my right to equal protection of the law.

The body worn recordings of Catawba County Sheriff's Deputies Alec Blackwood and Connor Greene show that on April 3 2024 at 12:34 p.m. they did arrive at my residence as I was inside sleeping. After Officer Blackwood knocked on the door I came outside. Once I was outside Officer Blackwood informed me he had a criminal summons for me. Since I had just woke up I was not yet fully coherent and was confused about what was going on. It wasn't until Officer Blackwood handed me the summons and I read it before I realized David Roberts went and told a lie on me in order to justify or get away with his crime of assault by pointing a firearm.

Upon realizing the injustice of being charged for something I didn't do while Roberts was yet again getting away with his crimes I became overwhelmed with extreme outrage and indignation. In my distress I became argumentive with Officer Blackwood and waved a piece of paper to close to his face. I had not intended for the piece of paper to get as close to Officer Blackwood as it did and was not aware at that moment if whether or not the paper touched him.

After realizing I was to close to Officer Blackwood I began to back away. As I backed away Officer Blackwood without giving any verbal statement or indicate intent to arrest did lunge towards me and grab me with both hands and attempt to kick my feet out from under me. Before and as Officer Blackwood lunged towards me there was a distance of at least five to six feet between us. The amount of space between us along with the fact that I was taking a step backwards allowed Officer Blackwood ample opportunity to announce his intent to arrest and to de-escalate the situation before resorting to physical force. Officer Blackwood's failure to indicate his intent to arrest resulted in me being unaware I was being arrested as he began to use force against me.

After Officer Blackwood had already grabbed me and attempted to kick me he did state "turn around put your hands behind your back". Before Officer Blackwood completed his statement Officer Greene had already begun using force against me. Once Officer Greene grabbed me Officer Blackwood then placed both hands around my neck and began choking me and forcing me backwards until both Officers slammed me into the back of my truck. Officer Blackwood continued to choke me while I fell to the ground as Officer Greene also attempted to grab my throat.

Once I was on the ground Officer Greene then grabbed my left arm with both of his hands and pressed his elbow into my chest while Officer Blackwood got a tighter grip around my neck. Once Officer Blackwood is able to get a more secure grip around my neck he then unnecessarily with excessive and deadly force did strangle me by squeezing both hands into my neck and executing an "air choke hold" with his right hand and a "carotid choke hold" with his left and right hands. The "air choke hold" was executed when Officer Blackwood's right hand did squeeze into my trachea with extreme force causing excruciating pain and instant suffocation as I was unable to breathe and get air into my lungs. The "carotid choke hold" occurred as both hands of Officer Blackwood were squeezing into my neck and cutting off the circulation of blood through my carotid arteries to my brain.

As I was being strangled and restrained to the ground Officer Blackwood increased his use of excessive and lethal force against me brutally and violently ramming his knee into my ribs. After thrusting his knee into my rib the first time Officer Blackwood then grabbed my right arm with both of his hands and rolled me over onto my left side while Officer Greene held my legs. Once I was rolled over Officer Blackwood proceeded to use excessive and lethal force against me by continuing to beat his knee into my ribs. At some point while beating me Officer Blackwood let go of my arm with his left hand and then placed his left hand onto my head and throat and pressed hard into the ground causing abrasions to my left temporal and at times suffocation as my breathing was being restricted. While keeping my throat pinned to the ground Officer Blackwood continued to ram his knee into my ribs as Officer Greene held my legs.

Officer Blackwood beat his knee into my ribs a total of seven times over a twenty-four second period while officer Greene held me. The excessive and deadly force used against me from the violent thrusts of Officer Blackwood's knee into my ribs did break completely in half my A10 Rib and fracture my A9 Rib. Body worn recordings of Officer Blackwood show that at twenty-five minutes and nineteen seconds into the recording he does drive his knee into my ribs with excessive and deadly force. Upon the impact of Officer Blackwood's knee into my ribs the sound of my ribs breaking can be audibly heard and is recorded at twenty-five minutes and nineteen seconds into the recordings. The recordings also show that immediately following the sound of my ribs breaking Im seen and heard gasping in agony as I try to clutch my back.

Despite obvious signs of severe pain and suffering Officer Blackwood delivers one final blow to my back and ribs as I lay completely still and motionless in a fetal type position. Eye witness accounts along with video surveillance show that Officer Blackwood used both hands to hold my motionless body and then did pull his knee as far back and as high as he could get it before crashing it into my ribs with all his weight and might.

After delivering his seventh and final blow Officer Blackwood then rolled me onto my stomach and placed his left hand onto the back of my neck and pinned my throat to the ground while Officer Greene placed handcuffs on me. Once the handcuffs were secure Officer Blackwood then picked me up and began walking me to Officer Greene's patrol vehicle. As Officer Blackwood is escorting me to the patrol vehicle he informs me he's arresting me for Assault On Government Official for smacking him in the face. Upon arriving at the patrol car I was expressing outrage over Officer Blackwood saying I smacked him in the face. As Officer Blackwood held me against the patrol car he then placed his left hand on my shoulder and right hand on the back of my neck and with excessive and unnecessary force did slam my head into the top and side of the patrol car as I was handcuffed from behind and being held by Officer Greene. Despite being beaten, strangled, having broken ribs and showing obvious signs of physical injury medical aid was not rendered to me and I was placed inside the patrol car and taken to Catawba County Detention Facility.

Count 3:

Catawba County Sheriff's Officer Sergeant Wagner did refuse to allow me the use of a phone to contact counsel and family within a reasonable time upon being newly detained. Upon arriving at the Catawba County Detention Facility Sergeant Wagner did also refuse to render medical aid for nineteen hours despite arriving with broken ribs and other injuries. Sergeant Wagner did deprive me of my right to equal protection of the law.

On April 3 2024 at approximately 1:00 p.m. I arrived at the Catawba County Detention Facility in the patrol vehicle of Catawba County Sheriff Deputy Connor Greene. I arrived as a new detainee and despite showing obvious signs of physical injury medical aid was not rendered to me.

I was escorted inside the jail and was asked to have a seat on a stool to which I complied. Once I was seated I made a complaint about pain in my ribs and asked for medical aid. Medical aid was denied. As I was sitting six or seven Detention Officers stood surrounding me. Officer Blackwood walked over and stood with the Officers surrounding me and began asking questions. Due to just having endured the most traumatic and painful experience of my life at the hands of Officer Blackwood I was not willing to speak with him and began to curse at him. The Officers surrounding me immediately grabbed me, stood me up from where I was sitting and escorted me to a cell.

Upon entering the cell I realized there was no phone in it. I immediately asked to use the phone to contact counsel and family and also made another complaint about rib pain and requested medical aid again. Catawba County Sheriff Detention Officer Sergeant Phillip Wagner denied both of my requests. After Sergeant Wagner closed the door to the cell I was in he then covered the window of the door. I remained in the cell for approximately nineteen hours until the next day of April 4 2024. I continued throughout the rest of the day and the early morning hours of the next day to ask for medical aid and complain about severe pain in my ribs, back, head and neck. I also continued asking to use the phone to call for assistance from counsel and family. If Sergeant Wagner did not deny my requests himself which ever Detention Officer I was making my request to would always respond by saying "its up to Sergeant Wagner." or "you'll have to wait for Sergeant Wagner's shift to come back on duty.".

After approximately eight hours of being newly detained and deprived of medical aid, right to counsel and contact with family I began kicking on the door of my cell in order to hopefully speak with someone who would allow me to be medically examined and the chance to use the phone. Several hours later a male nurse does look into the window of my cell door and states "you must not have a broken rib or to much wrong with you if you can kick on the door.". I tried speaking with the nurse through the cell door about my pain and breathing but the nurse just shrugged it off and walked away and that was my only interaction with medical staff until the next day. I eventually went to sleep on the floor of the cell with a broken rib, no medical aid and in severe pain. I did wake up periodically and call out in pain for medical assistance and request to use the phone.

As soon as Sergeant Wagner's shift returned to duty on the morning of April 4 2024 at 6:00 a.m. I did begin asking to speak with Sergeant Wagner. Sergeant Wagner came to my cell and began speaking with me. For some reason Seargeant Wagner still did not want to give me medical aid or the chance to use the phone. I continued to beg and plead with Sergeant Wagner throughout the morning and at approximately 7:45 a.m. I was finally allowed to be seen by a nurse. I explained to the nurse what happened, showed her my injuries and even said that I thought I had broken ribs. The nurse concluded her examination and at around 8:15 a.m. I was finally allowed to use the phone. Once I was able to make a phone call I contacted family and they immediately sought counsel and assistance and I was able to post bail by 9:00 a.m.

# C. NATURE OF CASE ATTATCHEMENT

I Michael Starnes do allege that On April 3, 2024 at approximately 12:39 p.m. Catawba County Sheriff's Deputy Alec Blackwood did violate my United States Constitution Fourth Amendment protections against unreasonable searches and seizures. Officer Blackwood did use excessive and deadly force against me by beating his knee into my ribs a total of seven times over a twenty-four second period. Officer Blackwoods use of force against me did completely break in half my A10 rib and cause a fracture to another rib. Throughout his use of excessive and deadly force against me Officer Blackwood did also execute multiple chokeholds on me and cause me to suffocate at times as he beat his knee into my ribs. I did also sustain abrasions, small lacerations, bruises, subconjunctival hemorrage, and swelling and bruising to neck and trachea.

# C. NATURE OF CASE ATTATCHEMENT

I Michael Starnes do allege that On April 3, 2024 at approximately 8:15 a.m.
and 12:22 p.m. Catawba County Sheriff's Deputy Alec Blackwood did
violate my United States Constitution Fourteenth Amendment Rights by
depriving me of my equal protection of the law. Because of my known
criminal background Officer Blackwood developed a confirmation and guilt bias
as he responded to my call for Deputy assistance and later as he spoke
with the suspect of the crime committed against me. Officer
Blackwood's bias led to his discriminatory behavior of being indifferent toward
my allegations and then questioning me and suspecting me of unrelated crimes that
never occurred. Throughout the situation Officer Blackwood was called to
address he overlooked the possibility of gulit by the other party and instead
made verbal interpretations that focused on me as the offender. Officer
Blackwood also made false statements about me along with statements that incited
violence against me as he spoke with the person I alleged assaulted me by
pointing a firearm at me.

# C. NATURE OF CASE ATTATCHEMENT

I Michael Starnes do allege that On April 3, 2024 at approximately 1:00 p.m.
Catawba County Sheriff's Officer Sergeant Wagner did violate my United
States Constitution Fourteenth Amendment right to equal protection of the
law. On April 3 2024 I did arrive as a new detainee at the Catawba County
Detention Facility. Despite having broken ribs and showing obvious signs of
physical injury medical aid was not rendered to me. I was placed inside a cell
for nineteen hours and held for no reason at all. For nineteen hours I was
denied medical aid, the right to counsel and the chance to use the phone to
contact my family.

# C: Nature of case attatchement

I Michael Starnes do allege that On April 3, 2024 at approximately 12:39 p.m.
Catawba County Sheriff's Deputy Connor Greene did violate my United States
Constitution Fourteenth Amendment Rights by depriving me of equal protection
of the law. Officer Greene did fail to intervene as Catawba County Sheriff's
Deputy Alec Blackwood used excessive and deadly force against me. Not only did
Officer Greene fail to intervene but he also assisted by keeping my legs pinned to
the ground with his body and at times holding my arm. The excessive and deadly
force Officer Blackwood used against me did break completly in half my A10 Rib
and cause other injuries.